*In re* Elson

IN THE SUPREME COURT OF THE STATE OF KANSAS

No. 48,140

(Bar Docket No. 6866)

(544 P. 2d 1365)

ORDER CANCELING CERTIFICATE FILED JANUARY 23, 1976.

*Per Curiam:* On January 22, 1976, MICHAEL RAYMOND ELSON voluntarily surrendered his certificate admitting him to practice law in the courts of the State of Kansas, and it is BY ORDER OF THE COURT CONSIDERED AND ACCEPTED.

The Clerk of this Court is ORDERED AND DIRECTED to mark the certificate VOID and to STRIKE Michael Raymond Elson's name from the roll of attorneys.